Samuel T. Creason, ISB #8183
Ruvim V. Kuznetsov, ISB #10085
CREASON BURRIS KUZNETSOV, PLLC
1219 Idaho Street
P.O. Drawer 835
Lewiston, ID  83501
Telephone:  (208) 743-1516
Facsimile:  (208) 746-2231
Email:  samc@cbk-law.com
Attorneys for Plaintiffs/Counterdefendants

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JOSEPH & KAYLA MICHIELLI, husband and wife, and EXTREME FRIESIAN STABLES, LLC, <br><br> Plaintiffs/Counterdefendants, <br><br> v. <br><br> GERM AISE BOUMA, HENSWOUDE DEKSTATION EN EXPORTSTAL, JØRGEN JØRGENSEN & HEIDI JØRGENSEN, husband and wife, and FRIESERSTUTTERI ELLEMOSE, <br><br> Defendants/Counterclaimants. | Case No. 3:25-cv-00737-DCN <br><br> **STIPULATION TO DISMISS** |

COMES NOW Plaintiffs/Counterdefendants, Joseph & Kayla

Michielli, and Extreme Friesian Stables, LLC, by and through their attorney,

STIPULATION TO DISMISS - 1

Samuel T. Creason of Creason Burris Kuznetsov, PLLC, and the Defendants, Germ Aise Bouma, Henswoude Dekstation En Exportstal, Jorgen Jorgensen, Heidi Jorgensen, and Frieserstutteri Ellemose by and through their attorney of record, Jonathan D. Hally of Blewett Mushlitz, Hally, LLP, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss the above-captioned action **with prejudice**, by operation of law, and without the need for a Court order.

DATED this 22nd day of April, 2026.

CREASON BURRIS KUZNETSOV, PLLC

/s/     *Samuel T. Creason*
Samuel T. Creason, ISB #8183
Attorney for Plaintiffs/Counterdefendants

DATED this 22nd day of April, 2026.

BLEWETT MUSHLITZ HALLY, LLP

/s/  *Jonathan D. Hally*
Jonathan D. Hally, ISB #4979
Attorneys for Defendants/Counterclaimants

**STIPULATION TO DISMISS - 2**